UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FADUMA AWEIS HASSAN,

       Plaintiff,               Case No. 07-12812

v.                              District Judge John Corbett O'Meara
                                  Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER**

On January 8, 2008, this Court entered an amended scheduling order setting a deadline of February 22, 2008, for Plaintiff's motion for summary judgment. On April 17, 2008, this Court entered an order for Ms. Hassan to show cause why her case should not be dismissed for failure to prosecute. The Court also held the scheduling order in abeyance. On April 28, 2008, Ms. Hassan filed a response to the order to show cause, indicating that she has some confusion or misunderstanding about the requirements for presenting her case. On April 23, 2008, Defendant Commissioner filed its motion for summary judgment.

In consideration of the fact that the Plaintiff does not have a lawyer, and adhering to the principle that the Court liberally construes the filings of people who

do not have lawyers, this Court will permit the Plaintiff, Ms. Hassan, to file a more informal motion for summary judgment, under the schedule set forth below.

Ms. Hassan will file a written statement, telling why she thinks the Administrative Law Judge's decision was wrong, and why she thinks she is entitled to benefits. This may be in the form of a letter. Ms. Hassan must file this with the Clerk of the Court, and send a copy to each of the attorneys for the Defendant at the following addresses:

| | |
|---|---|
| James A. Brunson | Sara E. Zeman |
| Assistant U.S. Attorney | Assistant Regional Council |
| 101 First Street, Suite 200 | 200 W. Adams, 30th Floor |
| Bay City, MI 48708 | Chicago, IL 60606 |

Ms. Hassan's statement must be filed by JUNE 27, 2008.

The Defendant may file a reply brief by JULY 8, 2008.

The Order to Show Cause and Order holding the scheduling order in abeyance [Docket #17] are VACATED.

SO ORDERED.

> S/R. Steven Whalen
> R. STEVEN WHALEN
> UNITED STATES MAGISTRATE JUDGE

Dated: June 4, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 4, 2008.

S/G. Wilson
Judicial Assistant