UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FADUMA AWEIS HASSAN,

    Plaintiff,                                   Case No. 07-12812

v.                                                 Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHALEN'S
## REPORT AND RECOMMENDATION

       Before the Court is Magistrate Judge Whalen's July 10, 2008, Report and Recommendation. Being fully advised in the premises and having reviewed the record and pleadings, including any objections, IT IS HEREBY ORDERED that the Report and Recommendation is ACCEPTED and ADOPTED in its entirety.

       IT IS FURTHER ORDERED that Defendant's motion for summary judgment is DENIED, and Plaintiff's motion for summary judgment is GRANTED to the extent that the case is REMANDED for fact-finding and reconsideration consistent with the Report and Recommendation.

       SO ORDERED.

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: August 12, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 12, 2008, by electronic or ordinary mail.

                                                            s/William Barkholz
                                                            Case Manager